IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROSEMARY REYNOLDS and
GLADYS DAVIS, Individually and on behalf
of all others similarly situated                                                                   PLAINTIFFS

V.                                       CASE NO. 1:12-CV-1105

THE BLM COMPANY, INC. d/b/a
OAK RIDGE NURSING HOME, *et al*                                                     DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion to Dismiss Defendants Lieselotte Offergeld and Beryl Bonehill.  (ECF No. 82).  Plaintiffs move to voluntary dismiss their claims against these separate Defendants pursuant to Federal Rule of Civil Procedure 41.  Defendants have not filed a response to the motion, and the time to do so has passed.  The Court finds this matter ripe for consideration.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**.  Plaintiffs' claims against Defendants Lieselotte Offergeld and Beryl Bonehill are hereby **DISMISSED**.  The Motion for Summary Judgment (ECF No. 74) filed on behalf of these separate Defendants should be and hereby is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 8th day of September, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge